IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KRISTEN PAUL,

    Plaintiff,

v.

METRO AREA COLLECTIONS, INC.,

    Defendant.

Civil No. 10-765-HU

ORDER

MARSH, Judge.

    Magistrate Judge Dennis James Hubel filed his Findings and Recommendation on May 4, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation #41.

    IT IS SO ORDERED. Plaintiff's motion (#18) for summary judgment is

GRANTED as set forth in the Findings and Recommendation.

DATED this  7   day of June, 2011.

                                          /s/ Malcolm F. Marsh
                                          Malcolm F. Marsh
                                          United States District Judge